

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00564-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**,
Appellant

v.

Curtis **BROWN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04336
Honorable Nicole Garza, Judge Presiding

# O R D E R

On October 4, 2022, we ordered appellant to provide written proof that either: (1) it had paid or made arrangements to pay the district clerk's fee for preparing the clerk's record; or (2) it was entitled to appeal without paying the clerk's fee. On October 14, 2022, appellant filed satisfactory proof of payment.

The clerk's and reporter's records are now due. We **ORDER** the District Clerk of Bexar County and the court reporter to file the clerk's and reporter's records or a notification of late record **by November 17, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court